

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-424-391

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 04, 2024

## Title
___
**Title of Work:** Prince Street Top - Heather Gray

## Completion/Publication
___
**Year of Completion:** 2023
**Date of 1st Publication:** October 03, 2023
**Nation of 1st Publication:** United States

## Author
___
- **Author:** Rumored Inc
**Author Created:** photograph
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant
___
**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions
___
**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification
___
**Name:** David Denholm
**Date:** November 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-424-393

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 04, 2024

---

## Title

Title of Work: Prince Street Top - Ecru

## Completion/Publication

Year of Completion: 2021
Date of 1st Publication: August 31, 2023
Nation of 1st Publication: United States

## Author

- Author: Rumored Inc
  Author Created: photograph
  Work made for hire: Yes
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions

Organization Name: Rumored Inc
Email: dacey@shoprumored.com
Address: 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

Name: David Denholm
Date: November 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-424-382

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 04, 2024

---

## Title

**Title of Work:** Prince Street Top - Black

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 03, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Rumored Inc
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-049

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
November 25, 2024

## Title
_____

**Title of Work:** Darling Mini Dress - Country Bloom II

## Completion/Publication
_____

**Year of Completion:** 2024
**Date of 1st Publication:** February 28, 2024
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Rumored Inc
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions
_____

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification
_____

**Name:** David Denholm
**Date:** November 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-051

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:** Darling Mini Dress - Country Bloom III

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** February 28, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Rumored Inc
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

---

## Rights and Permissions

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

## VA 2-424-592

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 05, 2024



## Title

**Title of Work:** Daytona Maxi Dress - Leopard

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 13, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Rumored Inc
**Author Created:** photograph
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-424-419

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 04, 2024

## Title
___

**Title of Work:** Heirloom Mini Dress - Dove

## Completion/Publication
___

**Year of Completion:** 2024
**Date of 1st Publication:** February 17, 2024
**Nation of 1st Publication:** United States

## Author
___

- **Author:** Rumored Inc
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
___

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions
___

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification
___

**Name:** David Denholm
**Date:** November 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-424-407

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 04, 2024

## Title

**Title of Work:** Prince Street Top - Heather Gray II

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 03, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Rumored Inc
**Author Created:** photograph
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-839**

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 02, 2024

## Title

**Title of Work:** Vineyard Haven Top - White Eyelet

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** June 09, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Rumored Inc
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-424-269

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 03, 2024

---

## Title
 

    **Title of Work:** Westwood Corset - Taupe

## Completion/Publication
 

    **Year of Completion:** 2021
    **Date of 1st Publication:** October 15, 2021
    **Nation of 1st Publication:** United States

## Author
 

    •   **Author:** Rumored Inc
    **Author Created:** photograph
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant
 

    **Copyright Claimant:** Rumored Inc
    17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions
 

    **Organization Name:** Rumored Inc
    **Email:** dacey@shoprumored.com
    **Address:** 17 Raritan Road
    Oakland, NJ 07436 United States

## Certification
 

    **Name:** David Denholm
    **Date:** November 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-424-595

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 05, 2024

## Title

**Title of Work:** Prince Street Top - Ecru II

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** November 03, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Rumored Inc
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-424-389**

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 04, 2024

---

## Title

**Title of Work:** Heirloom Mini Dress - Peach Nectar

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** February 17, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Rumored Inc
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-835

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 02, 2024

---

## Title

**Title of Work:** Daytona Maxi Dress - Leopard II

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** September 29, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Rumored Inc
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

---

## Rights and Permissions

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-424-404

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 04, 2024

## Title

**Title of Work:** Venice Maxi Dress - Baby Pink II

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 03, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Rumored Inc
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2024

