✎ AO 121 (6/90)

| TO: | | |
|-----|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION | | |
|---|---|---|---|---|
| **DOCKET NO.**<br>1:26-cv-01475 | **DATE FILED**<br>02/09/2026 | United States District Court<br>Northern District of Illinois | | |
| **PLAINTIFF**<br>Rumored Inc. | | **DEFENDANT**<br>The Partnerships and Unincorporated Associations<br>Identified on Schedule A | | |
| **COPYRIGHT**<br>**REGISTRATION  NO.** | **TITLE OF WORK** | | **AUTHOR OR WORK** | |
| 1  See Attached | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| **COPYRIGHT**<br>**REGISTRATION NO.** | **TITLE OF WORK** | | **AUTHOR OF WORK** |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| **CLERK**<br>Thomas G. Bruton | **(BY) DEPUTY CLERK**<br>B. Irizarry | **DATE**<br>6/3/2026 |

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Rumored Inc.

                                   Plaintiff,

v.                                          Case No.:
1:26–cv–01475

Honorable Jeremy C. Daniel

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 2, 2026:

      MINUTE entry before the Honorable Jeremy C. Daniel: Pursuant to the Notice of Voluntary Dismissal [15], this case is dismissed without prejudice. Civil case terminated. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ B. IRIZARRY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
June 3, 2026

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-424-391**

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 04, 2024

---

## Title

**Title of Work:** Prince Street Top - Heather Gray

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 03, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Rumored Inc
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2024

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-424-393

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 04, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Prince Street Top - Ecru |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | August 31, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **• Author:** | Rumored Inc |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rumored Inc |
| | 17 Raritan Road, Oakland, NJ, 07436, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Rumored Inc |
| **Email:** | dacey@shoprumored.com |
| **Address:** | 17 Raritan Road |
| | Oakland, NJ 07436 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 05, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-424-382

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 04, 2024

---

## Title

**Title of Work:** Prince Street Top - Black

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 03, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Rumored Inc
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-049

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:** Darling Mini Dress - Country Bloom II

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** February 28, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Rumored Inc
 **Author Created:** photograph
 **Work made for hire:** Yes
 **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-051

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Darling Mini Dress - Country Bloom III |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | February 28, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Rumored Inc |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rumored Inc<br>17 Raritan Road, Oakland, NJ, 07436, United States |

---

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Rumored Inc |
| **Email:** | dacey@shoprumored.com |
| **Address:** | 17 Raritan Road<br>Oakland, NJ 07436 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 05, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-424-592

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 05, 2024

---

## Title

**Title of Work:** Daytona Maxi Dress - Leopard

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 13, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Rumored Inc
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-424-419

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 04, 2024

---

## Title

**Title of Work:** Heirloom Mini Dress - Dove

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** February 17, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Rumored Inc
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-424-407

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 04, 2024

---

## Title

**Title of Work:** Prince Street Top - Heather Gray II

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 03, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Rumored Inc
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-839

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 02, 2024

---

## Title

**Title of Work:** Vineyard Haven Top - White Eyelet

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** June 09, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Rumored Inc
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-424-269

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 03, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Westwood Corset - Taupe |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | October 15, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Rumored Inc |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rumored Inc |
| | 17 Raritan Road, Oakland, NJ, 07436, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Rumored Inc |
| **Email:** | dacey@shoprumored.com |
| **Address:** | 17 Raritan Road |
| | Oakland, NJ 07436 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 05, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-424-595

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 05, 2024

---

## Title

| | |
|---|---|
| Title of Work: | Prince Street Top - Ecru II |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2021 |
| Date of 1st Publication: | November 03, 2021 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Rumored Inc |
| Author Created: | photograph |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Rumored Inc |
| | 17 Raritan Road, Oakland, NJ, 07436, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Rumored Inc |
| Email: | dacey@shoprumored.com |
| Address: | 17 Raritan Road |
| | Oakland, NJ 07436 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | November 05, 2024 |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-424-389

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 04, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Heirloom Mini Dress - Peach Nectar |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | February 17, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Rumored Inc |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rumored Inc |
| | 17 Raritan Road, Oakland, NJ, 07436, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Rumored Inc |
| **Email:** | dacey@shoprumored.com |
| **Address:** | 17 Raritan Road |
| | Oakland, NJ 07436 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 05, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-835

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 02, 2024

---

## Title

**Title of Work:** Daytona Maxi Dress - Leopard II

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** September 29, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Rumored Inc
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rumored Inc
17 Raritan Road, Oakland, NJ, 07436, United States

## Rights and Permissions

**Organization Name:** Rumored Inc
**Email:** dacey@shoprumored.com
**Address:** 17 Raritan Road
Oakland, NJ 07436 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-424-404

**Effective Date of Registration:**
November 05, 2024
**Registration Decision Date:**
December 04, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Venice Maxi Dress - Baby Pink II |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | October 03, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Rumored Inc |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rumored Inc |
| | 17 Raritan Road, Oakland, NJ, 07436, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Rumored Inc |
| **Email:** | dacey@shoprumored.com |
| **Address:** | 17 Raritan Road |
| | Oakland, NJ 07436 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 05, 2024 |

Page 1 of 2

